UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACQUELYN BEAMON,

    Defendant.
                                /

Case No. 09-11727

Honorable Patrick J. Duggan

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on January 13, 2010.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

The United States filed this action to recover student loan proceeds on May 5, 2009. On June 4, 2009, the Court entered default judgment against Defendant. On July 31, 2009, the Clerk of the Court issued a writ of continuing garnishment as to Defendant and garnishee Michigan Department of Treasury. On August 25, 2009, Defendant requested a hearing on the request for the writ of garnishment, which this Court referred to Magistrate Judge Virginia M. Morgan.

On November 4, 2009, Magistrate Judge Morgan conducted a hearing regarding Defendant's objections to the writ of garnishment. On November 18, 2009, Magistrate Judge Morgan filed her Report and Recommendation (R&R) recommending that this Court deny

Defendant's objections to the writ of garnishment. At the conclusion of the R&R, Magistrate Judge Morgan advises the parties that they may object to and seek review of the R&R within ten days of service upon them.[1] (R&R at 3-4.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (*Id.* at 4.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morgan.

Accordingly,

**IT IS ORDERED** that Defendant's objections to the writ of garnishment are **DENIED**.

                                       s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Jacquelyn Beamon
15423 Oakfield St.
Detroit, MI 48227

Pamela Ritter, Esq.

---

[1] Since the issuance of Magistrate Judge Morgan's R&R, the time for objecting to R&Rs has been extended to 14 days. Fed. R. Civ. P. 72(b)(2). Both the 10 and 14 day periods for objection have expired in this case.